IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHELLE MCLAIN, Individually
and on Behalf of All Others Similarly
Situated; DANA AMIS; and
LIBERTI GRIFFITH                                                      PLAINTIFFS

v.                      No. 4:21-cv-695-DPM

LONOKE COUNTY SAFE HAVEN, INC.;
SARAH BROWN; and CINDY JONES                DEFENDANTS

JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 28 April 2023 to enforce the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 January 2023